## EXHIBIT "1" - ATTORNEY FEES

Matter: Edmonds v. Capital Accounts, LLC; 2:19-cv-02490-HB

| Date | Activity | Attorney |
|---|---|---|
| 5/29/2019 | Initial Consultation with Client | |
| 5/30/2019 | Draft Complaint | |
| 6/7/2019 | Edit, Revise and file Complaint | |
| 6/12/2019 | Obtain Registered Agent Information and Arrange for Service | |
| 7/8/2019 | Filing via ECF returned executed summons | |
| 7/18/2019 | Preparation and Filing via ECF for Entry of Default Judgment | |
| 7/23/2019 | Vacating Default Judgment; demanding trial | |
| 1/7/2020 | Draft motion for default judgment | |
| 1/10/2020 | Proofread, edit and revise motion for default judgment | |
| 1/13/2020 | Draft certification in support of motion for default judgment + exhibits | |
| 1/13/2020 | Review and revise memorandum in support of motion for default j | |

**Subtotal of fees**

## EXHIBIT "2" - Total Expenses

Matter: Edmonds v. Capital Accounts, LLC; 2:19-cv-02490-HB

| Date | Activity | |
|---|---|---|
| 6/7/19 | Filing Fee | |
| 6/12/2019 | NJ Sec. of State | |
| 6/14/2019 | Service of process with Simply Status | |

**Subtotal of Expenses**

**Grand Total**

| Rate | Time | Total |
|---|---|---|
| $ 530.00 | 0.30 | $ 159.00 |
| $ 530.00 | 1.20 | $ 636.00 |
| $ 530.00 | 0.30 | $ 159.00 |
| $ 530.00 | 0.30 | $ 159.00 |
| $ 530.00 | 0.10 | $ 53.00 |
| $ 530.00 | 0.20 | $ 106.00 |
| $ 530.00 | 0.30 | $ 159.00 |
| $ 530.00 | 0.50 | $ 265.00 |
| $ 530.00 | 0.30 | $ 159.00 |
| $ 530.00 | 0.40 | $ 212.00 |
| $ 530.00 | 0.30 | $ 159.00 |
| | **4.20** | **$ 2,226.00** |

| | |
|---|---|
| | $ 400.00 |
| | $ 6.25 |
| | $ 49.00 |
| | **$ 455.25** |

| | |
|---|---|
| | **$ 2,681.25** |