IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER EDMONDS, on behalf of herself and all others similarly situated,**  *Plaintiff*  **v.**  **CAPITAL ACCOUNTS, LLC,**  *Defendant* | Case No. 2:19-cv-02490-JDW |

## ORDER

**AND NOW**, this 4th day of February, 2020, upon consideration of Plaintiff's Motion For Default Judgment (ECF No. 10), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**. Judgment is entered in favor of Jennifer Edmonds and against Capital Accounts, LLC in the total amount of $3,681.25, of which $1,000 is for statutory damages, and $2,681.25 is for attorneys' fees and costs.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.