IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER EDMONDS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br>vs.<br><br>CAPITAL ACCOUNTS, LLC,<br><br>　　　　Defendant. | Civil Action File No.<br>2:19-cv-02490-JDW |

**JOINT STIPULATION TO VACATE JUDGMENT
AND DISMISS CASE WITH PREJUDICE**

COMES NOW Plaintiff Jennifer Edmonds ("Plaintiff") and Defendant Capital Accounts, LLC ("Defendant") (collectively the "Parties") and file their Stipulation to Vacate Judgment and Dismiss the Case With Prejudice and to respectfully show unto the Court as follows:

**I.　　Introduction**

On June 7, 2019, Plaintiff filed suit against Defendant alleging that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq. At the time that Defendant was served with the lawsuit Defendant employed in-house counsel. As part of the duties of being in-house counsel his job was to manage litigation and he was the sole contact person between Defendant and its registered agent. For reasons unknown to Defendant, its in-house counsel failed to retain counsel to represent Defendant and on February 4, 2020 this Court entered judgment as follows:

> Judgment is entered in favor of Jennifer Edmonds and against Capital Accounts, LLC in the total of $3,681.25, of which $1,000 is for statutory damages, and $2,681.25 is for attorneys' fees and costs.

Defendant's in-house counsel was aware of this judgment, however, he failed to notify anyone at Defendant about the judgment. In May 2020, Defendant terminated its in-house counsel's

employment. After terminating their in-house counsel's employment and reviewing his records Defendant learn of this lawsuit and the judgment. Defendant retained counsel and they were able to fully resolve the suit directly with Plaintiff. The settlement funds have been completely paid to Plaintiff. As part of the settlement, the Parties file this Joint Stipulation to Set Aside the Judgment and to Dismiss the Case with Prejudice.

## II.     ARGUMENT AND AUTHORITIES

Rule 60(b)(6) of the Federal Rules of Civil Procedure allows by motion or just terms, a court to relieve a party from a final judgment, order, or proceeding for any reason that justifies relief. While relief under this Rule generally requires a showing of extraordinary circumstances, the relief is warranted as demonstrated below, and the parties joint seek such relief.

Here, just cause exists. Although Defendant was served with the lawsuit it was never truly aware of the lawsuit due to the conduct of a former employee. Only after that employee was terminated did Defendant become aware of the lawsuit and subsequent judgment. Since becoming aware of the judgment, Defendant has resolved the matter fully with Plaintiff and has complied with all the settlement obligations, including making payment in full of the settlement amount.

WHEREFORE, the Parties Jointly stipulate and that the judgment be set aside and the case dismissed with prejudice.

Respectfully submitted this 16th day of November 2020.

| **LAW OFFICES OF ROBERT P. COCCO, P.C.** | **THE LAW OFFICE OF RONALD S. CANTER, LLC.** |
|---|---|
| /s/Robert P. Cocco | */s/Ronald S. Canter* |
| Robert P. Cocco, Esq., Pa. I.D. No. 61907 | Ronald S. Canter |
| 1500 Walnut Street, Suite 900 | Bar # 94000 |
| Philadelphia, PA 19102 | 200A Monroe Street, Suite 104 |
| (215) 351-0200 telephone | Rockville, MD 20850 |
| (215) 827-5403 facsimile | Telephone: (301) 424-7490 |
| *Counsel for Plaintiff* | Facsimile: (301) 424-7470 |
| | rcanter@roncanterllc.com |
| | *Counsel for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER EDMONDS, on behalf of herself and all others similarly situated, )<br><br>  Plaintiff, )<br>vs. )<br><br>CAPITAL ACCOUNTS, LLC, )<br><br>  Defendant. ) | Civil Action File No.<br>2:19-cv-02490-JDW |

## ORDER

This matter is before the Court on the Parties Joint Stipulation to Set Aside the Judgment and Dismiss the Case with Prejudice. Upon review of the file, the Parties joint stipulation, and other good cause shown, it is hereby ordered that the motion is GRANTED the judgment entered February 4, 2020 is set aside and the case dismissed with prejudice.

So Ordered this 19th day of November, 2020.

              */s/ Joshua D. Wolson*
              Honorable Joshua D. Wolson
              District Judge, United States District Court for the
              Eastern District of Pennsylvania